```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 05372
   ARLETTA LETRICE JONES
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-5492


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/06/2008 and was confirmed 06/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/09/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------
CAPITAL ONE                UNSECURED          1623.34           .00             .00
GMAC MORTGAGE CORP         NOTICE ONLY      NOT FILED           .00             .00
NATIONAL CAPITAL MANAGEM   UNSECURED           639.92           .00             .00
ASPIRE VISA                UNSECURED        NOT FILED           .00             .00
CARSON PIRIE SCOTT         UNSECURED        NOT FILED           .00             .00
CHASE BANK USA NA          UNSECURED           483.60           .00             .00
CROSS COUNTRY BANK         UNSECURED        NOT FILED           .00             .00
ILLINOIS COLLECTION SYST   UNSECURED        NOT FILED           .00             .00
ISAC                       UNSECURED         30398.09           .00             .00
IDAPP                      NOTICE ONLY      NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED           .00             .00
IDAPP                      NOTICE ONLY      NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED           .00             .00
IDAPP                      NOTICE ONLY      NOT FILED           .00             .00
IDAPP                      NOTICE ONLY      NOT FILED           .00             .00
NICOR GAS                  UNSECURED           927.36           .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           886.57           .00             .00
GMAC MORTGAGE              CURRENT MORTG         .00            .00             .00
GMAC MORTGAGE              MORTGAGE ARRE         .00            .00             .00
RJM AQUISITIONS FUNDING    UNSECURED            58.92           .00             .00
ROUNDUP FUNDING LLC        UNSECURED           177.81           .00             .00
MELVIN J KAPLAN            DEBTOR ATTY     3,500.00                         1,856.18
TOM VAUGHN                 TRUSTEE                                            159.82
DEBTOR REFUND              REFUND                                               .00


       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    2,016.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 05372 ARLETTA LETRICE JONES
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,856.18
TRUSTEE COMPENSATION                                               159.82
DEBTOR REFUND                                                         .00
                                     ---------------     ---------------
TOTALS                                      2,016.00            2,016.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
    Dated: 03/05/09                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```